UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LAUSTEVEION JOHNSON, | Case No. 3:19-cv-00278-MMD-WGC |
| Plaintiff, | ORDER |
| v. | |
| LOVELOCK CORRECTIONAL CENTER, et al., | |
| Defendants. | |

**I.   DISCUSSION**

This action began with a pro se civil rights complaint filed pursuant to 42 U.S.C. § 1983 by a state prisoner. (ECF No. 1-1.)  After Plaintiff filed his complaint, the Court issued an advisory letter informing Plaintiff of several court rules, including a requirement that Plaintiff immediately inform the Court if his address changed. (ECF No. 2 at 1.) The advisory letter noted that the Court may dismiss this action if Plaintiff failed to follow this rule. (*Id.*)

On February 26, 2020, the Court issued an order noting that it appeared that Plaintiff was no longer at the address listed with the Court.  (ECF No. 5.)  The Court ordered Plaintiff to file his updated address with the Court within 30 days and warned that this action would be dismissed without prejudice if Plaintiff failed to do so.  (*Id.*) On March 13, 2020, having received no response from Plaintiff, the Court dismissed this action in its entirety without prejudice due to Plaintiff's failure to file his updated address with the Court and closed this case.  (ECF No. 7.)

Plaintiff has now filed a motion requesting that the Court screen Plaintiff's amended complaint.  (ECF No. 10.)  It appears from the motion that Plaintiff is not aware that this case has been dismissed without prejudice.  Because Plaintiff never updated his address with the Court, he may never have received the Court's order.  As this action has been dismissed without prejudice, and the case has been closed, the Court dismisses Plaintiff's motion as moot.  However, the Court notes that because this action was dismissed

1

without prejudice, Plaintiff may pursue his claims in a new case by filing a complaint and an application to proceed *in forma pauperis* in a new action.

The Court notes that Plaintiff's motion lists his current address as SDCC; P.O. Box 208; Indian Springs, Nevada 89070.  This is not the address currently listed with the Court, which is Lovelock Correctional Center; 1200 Prison Rd; Lovelock, NV 89419.  The Court presumes that the address listed on Plaintiff's motion is his current address.

**II.     CONCLUSION**

For the foregoing reasons, it is ordered that Plaintiff's motion for the Court to screen his complaint (ECF No. 10.) is denied as moot.

It is further ordered that the Clerk of the Court send a courtesy copy of this order, as well as a copy of the order dismissing this action without prejudice (ECF No. 7), to the address that Plaintiff listed on his motion: SDCC; P.O. Box 208; Indian Springs, Nevada 89070.

DATED THIS  14th day of September 2020.

*William G. Cobb*
UNITED STATES MAGISTRATE JUDGE